Opinion filed February 8, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed February 8, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00001-CR 

                                                    __________

 

                           NATHANIEL JAMES DOUGLAS, Appellant

                                                             V.

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 350th District Court

                                                          Taylor
County, Texas

                                                  Trial
Court Cause No. 6415-D1

 



 

                                                                   O
P I N I O N

The
trial court=s certification of defendant=s right to appeal reflects that this was a Aplea-bargain case@ and that Nathaniel James Douglas had no
right to appeal.  On January 3, 2007, the
clerk of this court wrote the parties advising them of these statements in the
trial court=s certification and directing appellant to
respond showing grounds for continuing this appeal. Appellant has responded
that he no longer desires to pursue this appeal. 

The
appeal is dismissed.

 

February 8, 2007                                                                     PER
CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.